```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 21710
  MARY L BROWN
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-6804
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/19/07 and confirmed on 01/23/08.

2. The case was dismissed after confirmation, 10/03/2008.

3. The Debtor paid a total of $ 6006.96 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 395.19 | .00 | 395.19 |
| VLLAGES AT HERITAGE MEAD | SECURED | 7710.42 | .00 | 1595.06 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 270.37 | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1190.87 | .00 | .00 |
| ASPEN MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT RECOVERY INC | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | 407.81 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 2753.17 | .00 | .00 |
| NORTHWEST COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 981.57 | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | 5010.00 | .00 | .00 |
| WELLS FARCO FINANCIAL AC | UNSECURED | 9688.75 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| WESTBURY VENTURES | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 8105.61 | .00 | 20302.54 | .00 | 28408.15 |

```
PRINCIPAL PAID              1990.25              .00           .00           .00       1990.25
INTEREST PAID                   .00              .00           .00           .00           .00
TOTAL PAID                  1990.25              .00           .00           .00       1990.25
```
The Debtor's attorney, RONALD D CUMMINGS             , was allowed $   3500.00
and was paid $    226.00  direct and $   3274.00  through the plan.

The Trustee received $     320.40 .

Refunds to the Debtor totaled $     422.31 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 01/20/09                     /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE